UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
FOURTH DIVISION

---

All-Luminum Products, Inc.,
a Pennsylvania corporation,

Plaintiff,

vs.

Winthrop Resources Corporation,
a Minnesota corporation,

Defendant.

---

Case No. 00-2034 JMR/FLN

**AGREED PROTECTIVE ORDER**

The parties through their undersigned counsel hereby present the following Agreed Protective Order for entry in this matter.

IT IS HEREBY ORDERED THAT:

1. Either party may designate information, documents or things as containing proprietary or confidential information by marking the word "Confidential" on the information, documents or things, or by any other reasonable method agreed to by the parties or their counsel. Such information, documents or things are hereinafter referred to as "Confidential Information."

2. "Confidential Information" may be used solely for this litigation and for no other purpose.

MAR 1 2 2001

3. Nothing in this Agreed Protective Order shall prevent the use of "Confidential Information" at trial or at depositions, with the following safeguards. If "Confidential Information" is used in depositions, all portions of the transcripts of such depositions and exhibits thereto which refer to "Confidential Information" shall be treated as "Confidential Information", and the party introducing "Confidential Information" shall make arrangements with the court reporter to bind the confidential portions of the transcripts and exhibits separately and label them "Confidential Information". In addition, the deponent will be advised that pursuant to this Agreed Protective Order, the deponent may not divulge any "Confidential Information". The court reporter at any trial or hearing in which any "Confidential Information" is referred to shall be similarly advised to bind the confidential portion of the transcripts and exhibits and to label them as "Confidential Information".

4. All "Confidential Information" submitted to or filed with the Court shall be submitted or filed under separate cover and shall be placed under seal. Such materials shall only be available to the Court.

5. Any party may apply to the Court for an order modifying this Agreed Protective Order, removing the confidential designation from any information, document or thing, or extracts or portions thereof, or further protecting "Confidential Information". The burden of persuasion regarding any party's confidential designation shall be governed by Rule 26 of the Federal Rules of Civil Procedure and the applicable case law. This Agreed Protective Order is without prejudice to the rights of any party to object to the production of documents or information which it considers to be privileged or otherwise beyond the scope of Fed. R. Civ. P. 26.

Dated: March 5, 2001.

FRUTH & ANTHONY, P.A.

By: [signature]

Joseph W. Anthony 2842
Nathan P. Brenna 275980
3750 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6969

Attorneys for Plaintiff

Dated: 3/6, 2001.

KELLY & BERENS, P.A.

By: ______________________

Barbara P. Berens 209788
Erin K. Fogarty Lisle 238168
3720 IDS Center
80 South Eighth Street
Minneapolis, Minnesota 55402
(612) 349-6171

Attorneys for Defendant

SO ORDERED.

Dated: March 9, 2001

BY THE COURT:

______________________

Franklin L. Noel
United States Magistrate Judge