UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
00-CV-2034(JMR/FLN)

All-Luminum Products, Inc. )
)
v. ) ORDER
)
Winthrop Resources Corp. )

This matter is before the Court for an award of reasonable attorney fees and costs to defendant, consistent with the Court's previous Order dated April 30, 2001. The Court has received defendant's affidavits concerning fees and costs. Based on the files, records, and proceedings herein, IT IS ORDERED THAT:

Defendants are awarded $15,000.00 in attorney fees and costs.

Dated: May 18, 2001

JAMES M. ROSENBAUM
United States District Judge

MAY 18 2001
FILED
FRANCIS E. DOSAL, CLERK
JUDGMENT ENTD
DEPUTY CLERK